DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
EFREN F. RODRIGUEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-042 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| EFREN F. RODRIGUEZ, | ) | Date: April 2, 2007 |
| | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for March 26, 2007 be vacated and a new date of April 2, 2007 be set for status.

    This is the defendant's first appearance before this court.  The government has provided discovery and the defense needs additional time to perform necessary investigation.

    It is further stipulated and agreed between the parties that the period beginning March 26, 2007 to April 2, 2007, should be excluded in computing the time within which the trial of the above criminal

prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: March 23, 2007

>                              Respectfully submitted,
>
>                              DANIEL BRODERICK
>                              Federal Defender
>
>                                  /S/NED SMOCK
>                              NED SMOCK
>                              Assistant Federal Defender
>                              Attorney for Defendant
>                              EFREN F. RODRIGUEZ
>
>                              MCGREGOR W. SCOTT
>                              United States Attorney

Dated:  March 23, 2007

>                                 /S/ HEIKO COPPOLA
>                              HEIKO COPPOLA
>                              Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: April 4, 2007

>   _____
>   FRANK C. DAMRELL, JR.
>   UNITED STATES DISTRICT JUDGE