```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  EFREN F. RODRIGUEZ

 7
                 IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,     ) No. CR-S-07-042 FCD
                                  )
11              Plaintiff,        )
                                  ) STIPULATION AND ORDER
12       v.                       )
                                  )
13  EFREN F. RODRIGUEZ,           ) Date: May 14, 2007
                                  ) Time: 10:00 A.M.
14                                ) Judge: Hon. Frank C. Damrell, Jr.
                                  )
15              Defendant.        )
    _____
16
         IT IS HEREBY STIPULATED by and between the parties hereto through
17
    their respective counsel, Heiko Coppola, Assistant United States
18
    Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal
19
    Defender, attorney for defendant, that the current Status Conference
20
    for May 7, 2007 be vacated and a new date of May 14, 2007 be set for
21
    likely change of plea.
22
         The government has prepared a draft plea agreement.  The parties
23
    are conferring about some details of the proposed plea agreement, but
24
    expect to be able to go forward with a change of plea in one week.  The
25
    defendant needs time to review the plea agreement and consider his
26
    options.
27
         It is further stipulated and agreed between the parties that the
28
```

period beginning May 7, 2007 to May 14, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: May 4, 2007

> Respectfully submitted,
>
> DANIEL BRODERICK
> Federal Defender
>
> ____/S/NED SMOCK_____
> NED SMOCK
> Assistant Federal Defender
> Attorney for Defendant
> EFREN F. RODRIGUEZ
>
> MCGREGOR W. SCOTT
> United States Attorney

Dated:  May 4, 2007

> ___/S/ HEIKO COPPOLA_____
> HEIKO COPPOLA
> Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: May 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2